**SO ORDERED.**

**SIGNED this 16 day of September, 2015.**

*Stephani W. Humrickhouse*
**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

___

```
            UNITED STATES BANKRUPTCY COURT
          EASTERN DISTRICT OF NORTH CAROLINA
                 WILMINGTON DIVISION

IN RE:                          )    CASE NO: 15-01059-5-SWH
BARRY A. MOORE and,             )
DORIS T. MOORE,                 )
         Debtors.               )    CHAPTER 11
```

**CONSENT ORDER**

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, on behalf of the Internal Revenue Service (IRS), and the Debtors, Barry and Doris Moore, by and through their attorney, William H. Kroll, in order to resolve the IRS' Motion to Dismiss (DE #73), hereby agree and stipulate to the following:

1. The Debtors filed this Chapter 11 bankruptcy petition on February 25, 2015.

2. The IRS proof of claim (12-2), amended on June 30, 2015, shows a secured claim of $246,618.04; an unsecured priority claim of $667,762.60, and an unsecured general claim of $52,134.67.

3. The Debtors, as taxpayers, are required to file income tax returns and have failed to do so for tax years 2013 and 2014.

4. Due to the Debtors failure to file timely income tax returns, the IRS is unable to file an accurate Proof of Claim as it has to estimate the Debtors liability.

5. IRS has filed an Objection to Confirmation of Debtor's Chapter 11 Plan (DE #56) and a Motion to Dismiss (DE #73).

6. Debtors agree to file the 2013 and 2014 federal income tax returns, with all applicable schedules and attachments, on or before October 1, 2015.

7. Should Debtors fail to file the 2013 and 2014 returns by October 1, 2015, this case shall be dismissed without further motion or hearing of the Court.

**CONSENTED TO:**

/s/ G. Norman Acker, III
G. NORMAN ACKER, III
Attorney for IRS


/s/ William H. Kroll
WILLIAM H. KROLL
Attorney for Debtors

**"END OF DOCUMENT"**