**SO ORDERED.**

**SIGNED this 13 day of October, 2015.**



**Stephani W. Humrickhouse
United States Bankruptcy Judge**

___

```
            UNITED STATES BANKRUPTCY COURT
            EASTERN DISTRICT OF NORTH CAROLINA
                   WILMINGTON DIVISION

IN RE:                           )
BARRY A. MOORE and               )    CASE NO: 15-01059-5-SWH
DORIS T. MOORE,                  )
          Debtors.               )    CHAPTER 11
```

### ORDER TO DISMISS

Upon the Report of Noncompliance filed by the United States on October 7, 2015, showing that the Debtors, Barry and Doris Moore, have failed to comply with the terms of the Consent Order (DE #78) filed September 16, 2015; IT IS ORDERED that this case is DISMISSED.

**"END OF DOCUMENT"**